IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Anthony G. Bryant

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Environmental Protection Ageny (EPA)

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. 2:18-cv-01436-MBS-MGB
*(to be filled in by the Clerk's Office)*

Jury Trial:   ☐ Yes   ☑ No
*(check one)*

RECEIVED
USDC CLERK CHARLESTON, SC
2018 MAY 25  PM 2:36

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Anthony O. Bryant
   Street Address: 2183 Courtland Avenue
   City and County: Charleston
   State and Zip Code: South Carolina 29403
   Telephone Number:

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

   Defendant No. 1
   Name: U.S. Environmental Protection Agency (EPA)
   Job or Title (if known): Craig Zeller
   Street Address: 61 Forsyth Street SW
   City and County: Atlanta, Fulton
   State and Zip Code: Georgia 30303
   Telephone Number: 404-562-8827

   Defendant No. 2
   Name: Attorney General of United States
   Job or Title (if known): Civil Rights
   Street Address: 950 Pennsylvania Avenue
   City and County: Washington D.C. 20530
   State and Zip Code:
   Telephone Number: 202-307-2678

   Defendant No. 3
   Name: U.S Attorney for the District of South Carolina

2

Job or Title (if known) U.S Attorney For the District of South Carolina
Street Address 1441 Main Street
City and County Columbia, Richland
State and Zip Code South Carolina 29201
Telephone Number

Defendant No. 4

Name Internal Revenue Service
Job or Title (if known)
Street Address 1111 Constitution Avenue
City and County Washington D.C
State and Zip Code Washington D.C.
Telephone Number

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question        ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Administrative Procedure Act 1974
U.S.C. 241 and 242 "Color of the Law"
Fourth Amendment, First Amendment

3

B.  **If the Basis for Jurisdiction Is Diversity of Citizenship**

    1.  The Plaintiff(s)

        a.  If the plaintiff is an individual

            The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

        b.  If the plaintiff is a corporation

            The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

    2.  The Defendant(s)

        a.  If the defendant is an individual

            The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

        b.  If the defendant is a corporation

            The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

$300,000 or treble for punitive damages, PACER Public Access to Court Electronic Records

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Filed 1978 Inspector General Complaint EPA 1994 Privacy Act Consent Form U.S.C. 241 and 242 Color of the law after Filing 1978 Inspector General Complaint Justice Department IRS 6109, 6702

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

$300,000 EPA, FBI and Homeland Security twenty two Agencies Internal Revenue Service and U.S Postal Service U.S Attorney of South Carolina,

5

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: **MAY 22**, 20**18**

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: ANTHONY G. BRYANT

### B. For Attorneys

Date of signing: _____, 20__.

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Address _____
Telephone Number _____
E-mail Address _____

6

In the District court of the United States For the District of South Carolina

Anthony G. Bryant

v

United States Enviorenmental Protection Agency

Plaintiff files Administrative Appeal claim for damases under 1974 Privacy Act. Plaintiff filed Hotline EPA complaint # 2008-732 August 5, 2008. Plaintiff files as "Pro SE litisant"

2

Plaintiff request (Case No) case number by magistrate of the United States. Defendants United States Attorney of South Carolina and Attorney General of the United States. South Carolina or State of South Carolina was not in compliance with Real ID mandate by Homeland security a total of twenty-two Federal Agencies.

3

Plaintiff have made public comment to the EPA at International Longshoreman Hall in Charleston South Carolina September 28, 2017 regarding Koppers Superfund Site (Exhibit) comment closed October 17, 2017. The proposed plan at information repository in the Charleston County Library 68 Calhoun Street Charleston, South

18

Plaintiff filed a complaint regarding industrial land use and the impact of "Particular Matter" particles released from incinerators which have been linked with asthma, decreased lung function, other respiratory ailments disruption of heart function, and increased mortality rates there are no safe level of

Accordingly Plaintiff " Motion "
for Extension of Time is
<u>denied</u> and the "Motion
to "5day" denied. Basically
United States Magistrate
Mary Gordon Baker told
a once owner of two
minority owned businesses
(HUD) certified "NIGGER Go
Get a Job" and NIGGER
End this Con Game this
"Order" was humiliating and
meant to deem by

18

Date MAY 22, 2018               (Anthony) JR

                                Anthony C. Bryant