AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Anthony G. Bryant <br> *Plaintiff* <br> v. <br> Environmental Protection Agency (EPA), Attorney General of United States, U.S. Attorney for the District of South Carolina, Internal Revenue Service <br> *Defendants* | ) <br> ) <br> ) Civil Action No.  2:18-cv-01436-MBS <br> ) <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: Plaintiff, Anthony G. Bryant, shall take nothing of Defendants—Environmental Protection Agency (EPA), Attorney General of United States, U.S. Attorney for the District of South Carolina, Internal Revenue Service—as to the complaint and this action is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Margaret B. Seymour, United States District Judge, presiding.  The court having adopted the Report and Recommendation set forth by the Honorable Mary Gordon Baker, United States Magistrate Judge.

Date:   October 22, 2016                                         *ROBIN L. BLUME, CLERK OF COURT*

                                                                                                    s/S. Samsa
                                                                                    _____
                                                                                    *Signature of Clerk or Deputy Clerk*